FILED IN OPEN COURT

FEB 19 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CORDARIO MARCELL UZZLE, )<br>)<br>Defendant. ) | Criminal No. 2:16cr2 |

## STATEMENT OF FACTS

By signing below, the parties stipulate that the allegations in Count Six of the Indictment and the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt.

1. From on or about September 29, 2015, to on or about October 10, 2015, in Norfolk and Virginia Beach and elsewhere, in the Eastern District of Virginia and elsewhere, in and affecting interstate commerce, the defendant CORDARIO MARCELL UZZLE, also known as "Biggz," knowingly did entice, harbor, transport, provide, obtain, and maintain Jane Doe 1, a girl who was 16 years old, in reckless disregard of the fact that Jane Doe 1 was under the age of 18 years and knowing that Jane Doe 1 would be caused to engaged in a commercial sex act, and after having had a reasonable opportunity to observe Jane Doe 1, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), (c) and 2.

2. On or about September 29, 2015, UZZLE met Jane Doe 1 when co-defendants Darryl Threat, Tajaika Blackston, and Keith Threat brought Jane Doe 1 to a hotel room where UZZLE and others had gathered. When Jane Doe 1 arrived at the hotel room, she was introduced to Jane Doe 2, who was working as a prostitute for Darryl Threat. UZZLE was aware that Jane Doe 2 had been working as a prostitute for Darryl Threat since at least August 2015 and

UZZLE had, in fact, rented hotel and motel rooms at Darryl Threat's direction for Jane Doe 2's use with commercial sex customers.

3. That same evening, Darryl Threat directed Jane Doe 1 to observe Jane Doe 2 take three prostitution appointments. UZZLE knew that Jane Doe 1 was directed by Darryl Threat to watch Jane Doe 2 perform commercial sex acts in this way.

4. The next day, UZZLE understood that Darryl Threat made arrangements for Jane Doe 1 to work as a prostitute with Shade Audrey Castro and two unindicted co-conspirators.

5. UZZLE knew Darryl Threat, Tajaika Blackston, Keith Threat, Shade Audrey Castro, and several unindicted co-conspirators because they attended school together and grew up in the same neighborhood.

6. On or about October 9, 2015, UZZLE and a co-conspirator rented a hotel room out of which Jane Doe 1 was to work as a prostitute. UZZLE used his cell phone to post advertisements on the Internet website www.Backpage.com for customers for Jane Doe. The advertisements featured photographs of Jane Doe 1 in lingerie and in sexually-suggestive positions, and included telephone numbers that customers could call or send a text message to perform sexual acts with Jane Doe 1. Dozens of customers called or sent text messages to the listed telephone numbers for this purpose.

7. Customers were directed to various hotel rooms to meet with Jane Doe 1. These hotel rooms, which UZZLE, Darryl Threat, Keith Threat, Shade Audrey Castro, and others rented using prostitution proceeds, accepted guests who traveled in interstate commerce and the use of these hotels involved and affected interstate commerce. UZZLE and others harbored Jane Doe 1 in these hotels and used these hotels as the location from where Jane Doe 1 was instructed to perform commercial sex acts.

8. UZZLE received some of the money from Jane Doe 1 earned from her prostitution appointments.

9. On one occasion during the time Jane Doe 1 worked as a prostitute for UZZLE, UZZLE pushed and yelled at Jane Doe 1 after he learned that she had lied to him about a family emergency.

10. From October 9, 2015 to October 12, 2015, Jane Doe 3 – who was 18 years old at the time – worked for UZZLE as a prostitute. Jane Doe 3 was introduced to UZZLE by Keith Threat and two unindicted co-conspirators. As with Jane Doe 1, UZZLE posted advertisements for commercial sex acts with Jane Doe 3 on www.Backpage.com, which advertisements included photographs of Jane Doe 3 in sexually-suggestive positions. UZZLE also provided condoms for Jane Doe 3 to use with customers, and collected some of the money she earned.

11. The cities of Norfolk and Virginia Beach, Virginia, are both within the Eastern District of Virginia.

12. The acts taken by the defendant, CORDARIO MARCELL UZZLE, in furtherance of the offense charged in this case, including the acts described above, were done willfully and were not committed by mistake, accident, or other innocent reason. The defendant acknowledges that the foregoing Statement of Facts includes those facts necessary to support the plea agreement between the defendant and the government. It does not fully identify all of the persons with whom the defendant may have engaged in illegal activities.

DANA J. BOENTE
UNITED STATES ATTORNEY

By: *V. Kathleen Dougherty*
V. Kathleen Dougherty
Assistant United States Attorney
Virginia State Bar No. 77294
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - (757) 441-6331
Facsimile Number - (757) 441-6689
v.kathleen.dougherty@usdoj.gov

*United States v. Cordario Marcell Uzzle*, 2:16cr2

<u>Defendant's Signature</u>:  After consulting with my attorney and pursuant to the plea agreement entered into this day between myself, the United States and my attorney, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
CORDARIO MARCELL UZZLE
Defendant

<u>Defense Counsel's Signature:</u>  I am the attorney for defendant CORDARIO MARCELL UZZLE. I have carefully reviewed the above Statement of Facts with him. To the best of my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Greg W. Klein, Esq.
Counsel for Defendant